



1 | McGREGOR W. SCOTT
United States Attorney
2 | JAMES R. CONOLLY
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900

5

**MAR 07 2019**

6 | Attorneys for Plaintiff
United States of America

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,

CASE NO. **2:19-CR-0046 MCE**

12 |        Plaintiff,

ORDER TO SEAL

13 |    v.

(UNDER SEAL)

14 | NOE GANDARA-SOTO,

15 |        Defendant.

16

17 |     The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney James R.

18 | Conolly to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the

19 | arrest of the defendant or until further order of the Court.

20

21 | Dated: ___3/7/19___

22 |                                          Hon. Allison Claire
U.S. MAGISTRATE JUDGE

23

24

25

26

27

28

PETITION TO SEAL INDICTMENT AND
[PROPOSED] ORDER

3