McGREGOR W. SCOTT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NOE GANDARA-SOTO,<br><br>Defendants. | CASE NO. 2:19-CR-46-MCE<br><br>[~~PROPOSED~~] ORDER FOR ISSUANCE OF ARREST WARRANT<br><br>**UNDER SEAL** |

**ORDER**

The Court, having reviewed the Indictment in this matter, and the United States' related request for issuance of an arrest warrant, under seal, and finding good cause therefore, hereby ORDERS that an arrest warrant issue commanding any authorized law enforcement officer to arrest and bring before a United States magistrate judge without unnecessary delay NOE GANDARA-SOTO, who is accused, by indicment, of violations of 21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine; 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine; and 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Heroin; with a criminal forfeiture allegation under 21 U.S.C. § 853(a).

Dated: March 8, 2019

*Allison Claire*
Hon. Allison Claire
U.S. MAGISTRATE JUDGE