UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

April 9, 2019

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
|                      ) | Case No. 2:19CR00046-MCE-1 |
|       Plaintiff,   ) | |
| v.                       ) | ORDER FOR RELEASE OF |
|                      ) | PERSON IN CUSTODY |
| NOE GANDARA-SOTO,     ) | |
|                      ) | |
|       Defendant.    ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ___NOE GANDARA-SOTO___ , Case No. _

_2:19CR00046-MCE-1_ , Charge _21:USC § 841(a)(1), 846_ , from custody subject to the conditions

contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___    Release on Personal Recognizance

✓    Bail Posted in the Sum of $200,000.00

✓    Unsecured Appearance Bond $200,000.00 to be held until the original bond has been scoured

___    Appearance Bond with 10% Deposit

___    Appearance Bond with Surety

___    Corporate Surety Bail Bond

✓    (Other)      Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _April 5, 2019_ at _2:00 pm_ .

By  /s/ Allison Claire/s/ Allison Claire
                 Allison Claire
                 United States Magistrate Judge

Copy 2 - Court