1  McGREGOR W. SCOTT
   United States Attorney
2  JAMES R. CONOLLY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO.  2:19-CR-0046-MCE

                      Plaintiff,          STIPULATION REGARDING EXCLUDABLE
12                                         TIME PERIODS UNDER SPEEDY TRIAL ACT;
                      v.                   ORDER
13
   NOE GANDARA-SOTO,                       DATE: October 17, 2019
14                                         TIME: 10:00 a.m.
                      Defendants.          COURT: Hon. Morrison C. England, Jr.
15

16                              **STIPULATION**

17     1.     By previous order, this matter was set for status on October 17, 2019.

18     2.     By this amended stipulation, defendant now moves to continue the status conference until

19 January 9, 2020, and to exclude time between October 17, 2019, and January 9, 2020, under Local

20 Code T4.

21     3.     The parties agree and stipulate, and request that the Court find the following:

22            a)     The government has represented that has produced the discovery associated with

23 this case including, among other things, investigative reports, photographs, as well as audio and

24 video recordings.

25            b)     Counsel for defense desires additional time to consult with his client, to review

26 the current charges, to conduct investigation and research related to the charges, to review

27 discovery for this matter, to discuss potential resolutions with his client, to prepare pretrial

28 motions, and to otherwise prepare for trial.

   STIPULATION RE: SPEEDY TRIAL ACT; ORDER            1

1          c)     Defense counsel believes that failure to grant the above-requested continuance

2    would deny counsel the reasonable time necessary for effective preparation, taking into account

3    the exercise of due diligence.

4          d)     The government does not object to the continuance.

5          e)     Based on the above-stated findings, the ends of justice served by continuing the

6    case as requested outweigh the interest of the public and the defendant in a trial within the

7    original date prescribed by the Speedy Trial Act.

8          f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

9    et seq., within which trial must commence, the time period of October 17, 2019 to January 9,

10   2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

11   T4] because it results from a continuance granted by the Court at defendants' request on the basis

12   of the Court's finding that the ends of justice served by taking such action outweigh the best

13   interest of the public and the defendant in a speedy trial.

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3 must commence.

4    IT IS SO STIPULATED.

5 Dated: October 15, 2019                          McGREGOR W. SCOTT
                                                   United States Attorney

6
                                                   /s/ JAMES R. CONOLLY
7                                                  JAMES R. CONOLLY
                                                   Assistant United States Attorney

8
  Dated: October 15, 2019                          /s/ JESSE I. SANTANA
9                                                  JESSE I. SANTANA
                                                   Counsel for Defendant
10                                                 NOE GANDARA-SOTO

11
                                    **ORDER**
12
     IT IS SO ORDERED.
13

14 Dated: October 28, 2019

15

16

17                                    MORRISON C. ENGLAND, JR
                                      UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28