PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> NOE GANDARA-SOTO, <br><br> Defendant. | CASE NO.  2:19-CR-0046-KJM <br><br> STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER <br><br> DATE: July 20, 2023 <br> TIME: 9:00 a.m. <br> COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

1.      This case was set for a status conference on July 20, 2023.

2.      By this stipulation, the defendant now moves to continue the status conference to September 14, 2023, at 9:00 a.m., and to exclude time between July 20, 2023, and September 14, 2023, Local Code T4, in addition to the exclusion of time pursuant to the Court's General Orders.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that has produced the discovery associated with this case including, among other things, investigative reports, photographs, as well as audio and video recordings.

        b)      Counsel for defense desires additional time to consult with his client, to review the current charges, to conduct investigation and research related to the charges, to review discovery for this matter, to discuss potential resolutions with his client, to prepare pretrial motions, and to otherwise prepare for trial.

c)      Defense counsel believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from July 20, 2023 to September 14, 2023, inclusive, is deemed excludable pursuant to this Court's General Orders, and pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///
///
///
///
///
///
///
///
///
///
///

1

IT IS SO STIPULATED

2

Dated:  July 12, 2023

PHILLIP A. TALBERT
United States Attorney

3

/s/ JAMES R. CONOLLY

4

JAMES R. CONOLLY
Assistant United States Attorney

5

Dated:  July 12, 2023

/s/ JESSE I. SANTANA

6

JESSE I. SANTANA
Counsel for Defendant

7

NOE GANDARA-SOTO

8

9

10

**ORDER**

11

IT IS SO FOUND AND ORDERED this 14th day of July, 2023.

12

/s/ Daniel J. Calabretta

13

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28