**Jesse I. Santana (State Bar No. 132803)**
**Santana and Smith Law Firm, P.C.**
The Historic Winship Building
500 Second Street
Yuba City, CA 95991
TEL: (530) 822-9500
FAX: (530) 751-7910
jesse@santanalaw.net

Attorney for Defendant
Noe Gandara-Soto

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>NOE GANDARA-SOTO,<br><br>   Defendant.<br>_____/ | No. 2:19-CR-00046 DJC<br><br>**ORDER MODIFYING NOE GANDARA-SOTO'S PRETRIAL CONDITIONS OF RELEASE TO REMOVE DRUG TESTING CONDITION** |

Pursuant to the stipulation of the parties, Defendant Noe Gandara Soto's pretrial conditions of release are hereby modified so that the drug testing condition is removed. All of the other pretrial conditions of release will remain in effect.

Dated: November 6, 2023

*/s/ Carolyn K. Delaney*
_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1