PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> NOE GANDARA-SOTO, <br><br> Defendant. | CASE NO. 2:19-CR-0046-DJC <br><br> STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER <br><br> DATE: April 18, 2023 <br> TIME: 9:00 a.m. <br> COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. On January 18, 2024, the Court set this matter for a status conference on April 18, 2023.

2. By this stipulation, the defendant now moves to continue the status conference to May 9, 2024, at 9:00 a.m., and to exclude time between April 18, 2023, and May 9, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that has produced the discovery associated with this case including, among other things, investigative reports, photographs, as well as audio and video recordings.

   b) Defense counsel Matthew Smith joined the case in November 2023, replacing Jesse Santana. Mr. Smith has been familiarizing himself with this case and discussing it with his client. Defense counsel has also been investigating and conducting research related to the

current charges, and discussing potential resolutions with his client. The government has recently proposed an offer to resolve this case and defense counsel needs time to review that offer with his client, in light of the evidence this case, and determine their strategy.

      c)     Defense counsel believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)     The government does not object to the continuance.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from April 18, 2023 to May 9, 2024, inclusive, is deemed excludable pursuant to this Court's General Orders, and pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED

Dated: April 16, 2024                         PHILLIP A. TALBERT
                                                 United States Attorney

                                                 /s/ JAMES R. CONOLLY
                                                 JAMES R. CONOLLY
                                                 Assistant United States Attorney

Dated: April 16, 2024                         /s/ MATTHEW C. SMITH
                                                 MATTHEW C. SMITH
                                                 Counsel for Defendant
                                                 NOE GANDARA-SOTO

**(Order on following page.)**

**ORDER**

IT IS SO FOUND AND ORDERED this 16th day of April, 2024.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE