PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>NOE GANDARA-SOTO,<br><br>　　　　　　　Defendant. | CASE NO. 2:19-CR-46-DJC<br><br>STIPULATION TO VACATE TRIAL DATE AND SET CHANGE OF PLEA HEARING; ORDER<br><br>DATE: September 12, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

　　Plaintiff United States of America, by and through its counsel of record, and defendant Noe Gandara-Soto, by and through his counsel of record, hereby stipulate as follows:

　　1.　　By previous order, this matter was set for trial on November 12, 2024, with a trial confirmation hearing set for September 12, 2024. ECF No. 106. The Court ordered that time be excluded under Local Code T4, up to and including the trial date. *Id*.

　　2.　　The parties have reached a resolution in this case, which has been memorialized in a written agreement. By this stipulation, therefore, the parties now move to vacate the trial date and to set this matter for a change of plea hearing on September 12, 2024, at 9:00 a.m., before this Court.

　　3.　　Because defense counsel intends to use the time between now and September 12 to prepare his client for the change of plea hearing, and otherwise to continue his review and investigation of the discovery for the purposes of sentencing, the exclusion of time under Local Code T4 remains appropriate.

4. The government does not object to maintaining the current exclusion of time under Local Code T4 up to and including September 12, 2024, based on defense counsel's representations.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 6, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ JAMES R. CONOLLY
JAMES R. CONOLLY
Assistant United States Attorney

Dated:  September 6, 2024

/s/ MATTHEW C. SMITH
MATTHEW C. SMITH
Counsel for Defendant
NOE GANDARA-SOTO

## ORDER

The Court, having read the foregoing stipulation of the parties, and adopting the representations therein, orders as follows:

1. The matter is hereby set for a change of plea hearing on September 12, 2024, at 9:00 a.m., before this Court.
2. The trial date of November 12, 2024, and the trial confirmation hearing date of September 12, 2024, are vacated.
3. The Court's prior exclusion of time under Local Code T4, currently running through November 12, 2024, will remain in place until September 12, 2024

IT IS SO FOUND AND ORDERED this 6th day of September, 2024.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE