MICHELE BECKWITH
Acting United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-0046-DJC |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF JUDGMENT & SENTENCING; ORDER |
| v. | |
| NOE GANDARA-SOTO, | DATE: February 27, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Noe Gandara-Soto, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, the Court set this matter for judgment and sentencing on February 27, 2025.

2. By this stipulation, the parties now move to continue the sentencing to April 3, 2025.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The Probation Office has filed a final Presentence Investigation Report (PSR) in this case. ECF No. 116. The final PSR reflects that neither of the parties presented written objections to the draft Presentence Investigation Report. ECF No. 116-2.

   b) Defense counsel and government counsel are at present coordinating a meeting for the purposes of discussing the defendant's eligibility for relief under U.S.S.G. § 5C1.2, and, if he is so eligible, the satisfaction of the fifth prong of § 5C1.2(a)(5), before the sentencing

occurs.

4. The parties believe that a continuance to April 3, 2025 will allow sufficient time for them to meet and confer on these issues.

5. The defendant entered a plea of guilty, pursuant to a plea agreement, on September 12, 2024. ECF Nos. 109, 111. There is therefore no need to calculate time under the Speedy Trial Act.

IT IS SO STIPULATED

| | |
|---|---|
| Dated: February 24, 2025 | MICHELE BECKWITH<br>Acting United States Attorney<br><br>/s/ JAMES R. CONOLLY<br>JAMES R. CONOLLY<br>Assistant United States Attorney |
| Dated: February 24, 2025 | /s/ MATTHEW C. SMITH<br>MATTHEW C. SMITH<br>Counsel for Defendant<br>NOE GANDARA-SOTO |

## ORDER

IT IS SO FOUND AND ORDERED this 25th day of February, 2025. The judgment and sentencing hearing in this matter is hereby vacated and reset for April 3, 2025, at 9:00 AM, with the parties' sentencing memoranda to be filed in accordance with Local Rules and the Court's Standing Order.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE