**Matthew C. Smith (State Bar No. 276024)**
**Beauchamp and Smith Law Firm, P.C.**
The Historic Winship Building
500 Second Street
Yuba City, CA 95991
TEL: (530) 822-9500
FAX: (530) 751-7910

Attorney for Defendant
Noe Gandara-Soto

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NOE GANDARA-SOTO,<br><br>　　　　Defendant. | Case No.: 2:19-cr-00046-DJC<br><br>STIPULATION AND ORDER TO EXCLUDE TIME<br><br><br>Date: April 3, 2025<br>Time: 9:00 a.m.<br>Hon. Daniel J. Calabretta |

### STIPULATION

　　Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record Matthew Smith, Esq., hereby stipulate as follows:

　　1.　　By previous order, this matter was set for sentencing on April 3, 2025.

1

2. By this stipulation, the parties respectfully move for the Court to continue the sentencing date to April 17, 2025, at 9:00 AM. The requested continuance will provide adequate time for the Defense to present additional information related to 18 U.S.C. § 3553(f) at the time of sentencing.

IT IS SO STIPULATED.

Date: March 31, 2025    /s/ Matthew C. Smith
MATTHEW C. SMITH
Attorney for Defendant
Noe Gandara-Soto

IT IS SO STIPULATED.

Date: March 31, 2025    /s/ James R. Conolly
James R. Conolly
Assistant United States Attorney

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 31st day of March, 2025.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE